IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-233 |
| | : | |
| v. | : | DATE FILED: |
| | : | |
| MAURICE HILL | : | VIOLATION: |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (possession of a firearm by a convicted |
| | : | felon - 1 count) |
| | : | Notice of forfeiture |

**FILED APR 28 2008 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk**

### INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about September 1, 2007, in Sharon Hill, in the Eastern District of Pennsylvania, defendant

**MAURICE HILL,**

having been convicted in a court of the State of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate commerce a firearm, that is, a a Taurus PT .45, semi-automatic , serial number NVF08888, fully loaded.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this information, defendant

## MAURICE HILL

shall forfeit to the United States of America, the firearm and ammunition involved in the commission of this offense, including, but not limited to:

a Taurus PT .45, semi-automatic , serial number NVF08888

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

*[signature]*
PATRICK L. MEEHAN
UNITED STATES ATTORNEY

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## MAURICE HILL

### INFORMATION

Counts

18 U.S.C. § 922(g)(1) (possession of a firearm by a convicted felon- 1 count)
Notice of forfeiture

A true bill.

_____
Foreman

Filed in open court this _____day,
of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____