IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: April 13, 2010 |
| vs. | : | |
| | : | |
| MAURICE HILL | : | Criminal No. 07-597 & 08-233 |

USM #62664-066
FDC, 7th & Arch Streets
Philadelphia, PA  19106

### NOTICE OF TIME CHANGE

**TAKE NOTICE** that the above-entitled case has been set for <u>Sentencing</u> in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on <u>April 27, 2010</u> at <u>1:00 p.m.</u> before the Honorable <u>Paul S. Diamond</u> in Courtroom 6B.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,
/s/ Marion Scarengelli
Marion Scarengelli
Deputy Clerk to Judge Paul S. Diamond

[]  INTERPRETER REQUIRED
[X]  THIS PROCEEDING HAS BEEN RESCHEDULED FROM <u>4/30/10 at 10:00 a.m.</u>

Notice to:
Defendant (regular mail)
Maria Carrillo, AUSA (email)
Wayne Maynard, Esq.(e-mail)
U.S. Marshal (via e-mail)
Antonio Maiocco, Probation Office (via e-mail)
Pretrial Services (via e-mail)
Larry Bowman (via e-mail)

Cr 4 (rev. 8/98)