# United States District Court

for the

### Eastern District of Pennsylvania

October 23, 2014

U.S.A. vs. Maurice Hill  Case No. 07-CR-597-01 X & 08-CR233-01-File

## AMENDED VIOLATION OF SUPERVISED RELEASE

COMES NOW Kenneth M. Bergmann U. S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Maurice Hill who was placed on supervised release by the Honorable Paul S. Diamond sitting in the Court at Philadelphia PA, on the 2th day of April, 2010 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

| | |
|---|---|
| ORIGINAL OFFENSE: | On Case Number 07-597-01: Possession of a firearm by a convicted felon (Count One). |
| | On Case Number 08-233-01: Possession of a firearm by a convicted felon (Count One). |
| ORIGINAL SENTENCE: | The defendant was committed to the custody of the U.S. Bureau of Prisons for a period of 55 months on each case to run concurrently. Following release, the defendant shall be on supervised release for a term of three years, on both cases, to run concurrently. A $200.00 special assessment was also imposed. |
| SPECIAL CONDITIONS: | (1) The defendant shall refrain from the use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to evaluation and treatment as approved by the U.S. Probation Office. The defendant shall abide by the rules of any program ans shall remain in treatment until satisfactorily discharged with approval of the Court; (2) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon request. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful, monthly statements of his income; (3) The defendant is prohibited from incurring any new charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any fine or restitution obligation or otherwise has the express approval of the Court. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the fine or restitution obligation or otherwise has |

        the express approval of the Court; (4) The defendant shall participate in a vocational training program as recommended by the Probation Office. The defendant shall remain in the program until satisfactorily discharged with approval of the Court; and (5) Payment of the fine and special assessment is a condition of Supervised Release and the defendant shall satisfy the amount due in monthly installments of not less then $50.00.

MODIFICATION OF
CONDITIONS:    On September 30, 2013, due to the not answering truthfully the inquiries of this officer, the Court modified the defendant conditions of release to include placement in a Residential Re-Entry Center for a period of 60 days.

INITIAL APPEARANCE    On May 15, 2014, the defendant appeared for an initial appearance before the Honorable M. Faith Angell, Magistrate Judge for the Eastern District of Pennsylvania. The Court released the defendant on $10,000 OR bail, and placed him on home confinement with electronic monitoring pending the disposition of the violation petition signed by the Court on May 14, 2014.

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of his supervision under such circumstances as may warrant revocation. These conditions are:

C.    General Condition: While on supervised release you shall not commit another Federal, state or local crime and shall not illegally possess a controlled substance. Revocation of probation and supervised release is mandatory for possession of a controlled substance.

On October 22, 2014, Mr. Hill was arrested by the Philadelphia Police Department and charged with manufacturing, delivering, possessing a controlled substance with intent to distribute, unlawful restraint, false imprisonment, criminal conspiracy and violation of the controlled substance act.

According to the police report, the complainant states that Mr. Hill called her and asked her to come to his residence, located at 6929 Greenway Street, Philadelphia, Pennsylvania. She further reported that when she arrived at the residence the defendant and his male cousin "Meech" and female cousin "P" were there. The complainant states that Mr. Hill was acting strangely and that she felt uneasy about being there. The complainant further states that she brought an once of marijuana with her because she had previously received the marijuana from the defendant a week prior. The defendant had wanted her to sell the drug for him, however, she was afraid to do so and wanted to return

the marijuana to Mr. Hill. The complainant further stated that she and the defendant went upstairs where the defendant left her with his female cousin "P". While upstairs, the complainant states that she overheard the defendant and his male cousin "Meech" talking downstairs. The complainant said she heard Mr. Hill say " we got her now, we might as well do what we got to do". The complainant said she then heard "Meech" respond by saying "we gotta do this quick and get it over with". The complainant said she saw a black handgun on a dresser in the bedroom that she was in, as well as crack cocaine and more marijuana in the residence. Fearing that the defendant was going to harm her, she attempted to call 911 on two occasions. The first time she hung up because she thought someone was coming and the second time she did not answer the dispatcher's questions out of fear.

The complainant said that when police arrived on the block, the defendant and "Meech" saw them and took the drugs out of the house and placed them behind a car tire. At this point, "Meech" and "P" both left the house. The complainant stated she was able to flee the residence after they left and took public transportation home where she met with police.

The officers then went to the defendant's residence and found Mr. Hill there alone. Behind the above noted car tire, the officers recovered 83 grams of marijuana with a street value of $830.00.

On October 23, 2014, a search warrant was executed at the defendant's residence, recovered from the residence was packaging material commonly used in the distribution of narcotics, one scale, three cell phones and one live .40 caliber bullet.

Mr. Hill is currently in local custody awaiting an arraignment hearing.

**GRADE OF VIOLATION** **A**

RE: Hill, Maurice
Case No. 07-CR-597-01 & 08-CR233-01

PRAYING THAT THE COURT WILL ORDER... **THAT THIS PETITION BE MADE AN ADDENDUM TO THE VIOLATION PETITION SIGNED BY THE COURT ON MAY 14, 2014, AND THE ISSUANCE OF A WARRANT TO BE LODGED AS A DETAINER, FOR THE NAMED SUPERVISED RELEASEE TO BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING.**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

*James D. Muth*

James D. Muth
Supervising U.S. Probation Officer

Place Philadelphia, PA
Date October 23, 2014

KMB

cc: Assistant U.S. Attorney
Defense Attorney
U.S. Marshal's - Warrant Squad

ORDER OF THE COURT
Considered and ordered this  23rd
day of  October ,  2014  and ordered
filed and made part of the records in
the above case.

_____
U. S. District Court Judge

10/23/14
cc: probation

4