PROB 12
(Rev. 10/93)

# United States District Court

for the

## Eastern District of Pennsylvania

**April 8, 2016**

U.S.A. vs. <u>Maurice Hill</u>                                    Case No.<u>07-597-01& 08-CR-233-01</u>

## VIOLATION OF SUPERVISED RELEASE

      COMES NOW <u>Kenneth M. Bergmann</u> U. S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of <u>Maurice Hill</u> who was placed on <u>supervised release</u> by the Honorable <u>Paul S. Diamond</u> sitting in the Court at <u>Philadelphia PA,</u> on the <u>27th</u> day of <u>April, 2010</u> who fixed the period of supervision at <u>three years,</u> and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

**ORIGINAL OFFENSE:**    On Case Number 07-597-01: Possession of a firearm by a convicted felon (Count One).

                              On Case Number 08-233-01: Possession of a firearm by a convicted felon (Count One).

**ORIGINAL SENTENCE:**    The defendant was committed to the custody of the U.S. Bureau of Prisons for a period of 55 months on each case to run concurrently. Following release, the defendant shall be on supervised release for a term of three years, on both cases, to run concurrently. A $200 special assessment was also imposed.

**SPECIAL CONDITIONS:**    (1) The defendant shall refrain from the use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to evaluation and treatment as approved by the U.S. Probation Office. The defendant shall abide by the rules of any program ans shall remain in treatment until satisfactorily discharged with approval of the Court; (2) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon request. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful, monthly statements of his income; (3) The defendant is prohibited from incurring any new charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any fine or restitution obligation or otherwise has the express approval of the Court. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the fine or restitution obligation or otherwise has

**RE:** Hill, Maurice
**Case No.** 07-597-01 & 08-CR-233-01

|  |  |
|---|---|
|  | the express approval of the Court; (4) The defendant shall participate in a vocational training program as recommended by the Probation Office. The defendant shall remain in the program until satisfactorily discharged with approval of the Court; and (5) Payment of the fine and special assessment is a condition of Supervised Release and the defendant shall satisfy the amount due in monthly installments of not less then $50.00. |
| MODIFICATION OF CONDITIONS: | On September 30, 2013, due to the not answering truthfully the inquiries of this officer, the Court modified the defendant conditions of release to include placement in a Residential Re-Entry Center for a period of 60 days. |
| DATE SUPERVISION COMMENCED: | August 12, 2013 |

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of his supervision under such circumstances as may warrant revocation. These conditions are:

A   Standard Condition: While on supervised release you shall not commit another Federal, state or local crime and shall not illegally possess a controlled substance. Revocation of probation and supervised release is mandatory for possession of a controlled substance.

On April 1, 2016, Mr. Hill was arrested by the Philadelphia Police Department and charged with a felony count of manufacturing, delivering with intent and a misdemeanor count of knowingly possessing a controlled substance.

According to the police report, officers observed a black Ford 500 with dark tint on the windows being operated in a high narcotics area. Due to the tint on the widows officers conducted a traffic stop of the vehicle. Officers on the scene recognized the defendant as being a former narcotics and firearms offender.

Based on the officers knowledge of the area and Mr. Hill's background, the officers called a K-9 unit to the scene. The K-9 performed an exterior "sniff" of vehicle. The K-9 gave a positive reaction for the presence of narcotics. Based on this information, the officer searched the defendant's car and found two zip locked baggies of alleged crack cocaine. This substance later tested positive for cocaine base. The total weight of the narcotics found was .5 grams, with a street value of $20.00   Also found in the vehicle was $900.00 of U.S. currency and found on the defendant's person was an additional $779.00.

Later on April 1, 2016, the defendant was released from custody on his own recognizance; however, on April 6, 2016, the Philadelphia County Probation Office,

2

**RE:** Hill, Maurice
**Case No.** 07-597-01 & 08-CR-233-01

which also supervises Mr. Hill, issued a warrant for Mr. Hill's arrest. Later that day, the defendant reported to the County Probation Office was detained. Mr. Hill is currently being held at the Curran-Fromhold Correctional Facility in Philadelphia. A May 3, 2016, preliminary hearing has been scheduled in Municipal Court on this matter.

**GRADE OF VIOLATION** **B**

PRAYING THAT THE COURT WILL ORDER... **THE ISSUANCE OF A WARRANT TO BE LODGED AS A DETAINER, FOR THE NAMED SUPERVISED RELEASEE TO BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING.**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

*James D. Muth*
James D. Muth
Supervising U.S. Probation Officer

Place Philadelphia, PA
Date April 8, 2016

cc: Assistant U.S. Attorney
Defense Attorney
U.S. Marshal's - Warrant Squad

ORDER OF THE COURT
Considered and ordered this 8th
day of April, 2016 and ordered filed and made part of the records in the above case.

_____
U. S. District Court Judge

3

**INFORMATION SHEET FOR REVOCATION OF SUPERVISION**

| | | |
|---|---|---|
| **United States of America** | ) | Case No.07-597-01& 08-CR-233-01 |
| vs. | ) | |
| Maurice Hill | ) | |

Defendant's last known
Address and Telephone No.

2629 N. Douglas Street
Philadelphia, PA 19132

Defendant's in custody at:

Curran Fromhold Correctional Facility
7901 State Road
Philadelphia PA 19136
Photo Number 840132

Defendant's last known
Counsel, Address and
Telephone number:

Wayne R. Maynard, Esquire
42 South 15th Street
Philadelphia, PA 19102
215-569-2525

Assistant U.S. Attorney:
Street Address:
City and State:
Telephone No.:

Maria Carrillo, Esquire
615 Chestnut Street, Suite 1250
Philadelphia, PA   19106
(215) 861-8401

Other Information:

N/A

Kenneth M. Bergmann
Sr. U.S. Probation Officer
Telephone No. 267-299-4576