*Please Docket*

# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 540 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

| | | |
|---|---|---|
| **LEIGH M. SKIPPER**<br>CHIEF FEDERAL DEFENDER | PHONE NUMBER (215) 928-1100<br>FAX NUMBER (215) 928-1112<br>FAX NUMBER (215) 928-0822<br>FAX NUMBER (215) 861-3159 | **HELEN A. MARINO**<br>FIRST ASSISTANT FEDERAL DEFENDER |

May 16, 2016

The Honorable Paul S. Diamond
United States District Court Judge
6613 – United States Courthouse
601 Market Street
Philadelphia, PA 19106

   *Re:*  *United States v. Maurice Hill*
      *Criminal Numbers 07-597 and 08-233*

Dear Judge Diamond:

  I write without opposition from government counsel to request a brief continuance of the violation hearing for the above-captioned case, currently scheduled for May 18, 2016. Mr. Hill is scheduled to commence trial on his open case in the Philadelphia Court of Common Pleas on May 17, 2016. Accordingly, both counsel for defendant and the government request a continuance to allow counsel an opportunity to submit proposed finding of fact and conclusion of law following the resolution of this case.

          Respectfully,

          ROSSMAN D. THOMPSON, JR.
          Assistant Federal Defender

RDT/fm
cc:  Maria M. Carrillo, Assistant United States Attorney
   Kenneth M. Bergmann, United States Probation Officer