

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Maria M. Carrillo*
*Direct Dial: (215) 861-8401*
*Facsimile: (215) 861-8618*
*E-mail Address:maria.carrillo@usdoj.gov*

615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106-4476
(215) 861-8200

October 17, 2016

Honorable Paul S. Diamond
Judge, United States District Court
6613 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1744



OCT 18 2016

LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

**VIA EMAIL**

Re: **United States v. Maurice, VOSR, Criminal Nos. 07-597 & 08-233**

Dear Judge Diamond:

    This case is scheduled for a VOSR hearing for tomorrow, October 18, 2016. The primary basis for the VOSR petition is a new state criminal charge. The government has recently received confirmation that the state criminal charge is not being pursued. Accordingly, the government, together with U.S. Probation, requests that the petition be dismissed.

    Ross Thompson, counsel for the defendant consents to this request.

Very truly yours,

ZANE DAVID MEMEGER
United States Attorney

s/Maria M. Carrillo
MARIA M. CARRILLO
*Assistant United States Attorney*

cc:    Ross Thompson, Esquire (Assistant Federal Defender); Kenneth Bergman, U.S. Probation